# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-1211
LT Case Nos. 35-2000-CF-000783-C

_____

JAMARCUS GRIFFIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Lake County.
Brian Jerome Welke, Judge.

William R. Ponall, of Ponall Law, Maitland, for Appellant.

No Appearance for Appellee.

July 30, 2026

PER CURIAM.

AFFIRMED. *Maye v. State*, 51 Fla. L. Weekly S116 (Fla. May 14, 2026).

JAY, C.J., and WALLIS and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____